[No. 14667-3-II.   Division Two.   February 12, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. CLIFFORD
W. PRIES, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis
County, No. 90-1-00304-8, David R. Draper, J., entered January 30, 1991. *Affirmed* by unpublished opinion per Alexander,
C.J., concurred in by Morgan and Seinfeld, JJ.

[No. 14735-1-II.   Division Two.   February 12, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL
R. RAPOZA, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap
County, No. 90-1-00655-5, Terence Hanley, J., entered February 20, 1991. *Affirmed* by unpublished opinion per Seinfeld,
J., concurred in by Alexander, C.J., and Morgan, J.

[Nos. 14185-0-II; 14255-4-II.   Division Two.   February 12, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. DENISE
DALTON-CAMPBELL, *Appellant*.

Appeals from judgments of the Superior Court for Kitsap
County, No. 89-1-00801-5, James D. Roper, J., entered July
31, 1990, and Leonard W. Kruse, J., entered September 17,
1990. *Affirmed in part, reversed in part,* and *remanded* by
unpublished opinion per Seinfeld, A.C.J., concurred in by
Petrich and Morgan, JJ.